UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 08 B 19302
    JOSEPH T GOOD
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-1578
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/26/2008 and was not confirmed.

    The case was dismissed without confirmation 11/20/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO MORTGAGE | MORTGAGE ARRE | 23334.99 | .00 | .00 |
| WELLS FARGO | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 439.97 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 109.00 | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| CITIZENS BANK | UNSECURED | 1312.49 | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 238.78 | .00 | .00 |
| RMI/MCSI | UNSECURED | 1175.00 | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| STATE FARM MUTUAL AUTO | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| FIRST FINANCIAL PORTFOLI | UNSECURED | 2726.56 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 66.15 | .00 | .00 |
| CHAD M HAYWARD | DEBTOR ATTY | 2,400.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 19302 JOSEPH T GOOD

TOTALS                                          .00                    .00


    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 02/25/09                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE